**FILED**

03/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0656

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0656

| | |
|---|---|
| SUMMER STRICKER, Personal Representative of the Estate of ALLEN J. LONGSOLDIER JR., <br><br> Plaintiff – Appellant, <br><br> vs. <br><br> BLAINE COUNTY and HILL COUNTY, <br><br> Defendants - Appellees. | **GRANT OF EXTENSION** |

Upon review of Appellees' Joint Unopposed Motion for Extension to File Appellee's Answer Brief and with good cause;

IT IS HEREBY ORDERED that Appellees are granted an extension of time up to and including May 5, 2023 in which to file and serve their answer brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 29 2023